IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| KAREN MOORE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:19CV308 |
| CAROLINA MEADOWS, INC., | ) ) ) | |
| Defendant. | ) | |

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the Plaintiff's Motion [Doc. #12] for Voluntary Dismissal of Count 1 of her Complaint. Defendant previously filed a Motion to Dismiss [Doc. #2] as to Count 1, and rather than filing a Response to the Motion to Dismiss, Plaintiff filed the present Motion for Voluntary Dismissal of Count 1, seeking dismissal with prejudice and with each party to bear its own costs. Defendant has not filed an opposition to the Motion for Voluntary Dismissal, and the Motion has been referred to the Court as unopposed. Given the early stage of the proceedings and the posture of the case, the Court will recommend that Plaintiff Motion for Voluntary Dismissal [Doc. #12] be granted, that Count 1 be deemed dismissed with prejudice with each side to bear their own costs, that Defendant's Motion to Dismiss Count 1 [Doc. #2] be denied as moot, and that this case proceed as to Count 2 (Plaintiff's Family Medical Leave Act claim) pursuant to the Scheduling Order previously adopted in this case.

IT IS THEREFORE RECOMMENDED that Plaintiff's Motion for Voluntary Dismissal [Doc. #12] be granted, that Count 1 be deemed dismissed with prejudice with each side to bear their own costs, that Defendant's Motion to Dismiss Count 1 [Doc. #2] be denied

as moot, and that this case proceed as to Count 2 pursuant to the Scheduling Order previously adopted in this case.

This, the 20th day of May, 2019.

/s/ Joi Elizabeth Peake<br>United States Magistrate Judge