IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KAREN MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 1:19CV308 |
| CAROLINA MEADOWS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on May 20, 2019 was served on the parties in this action. (ECF. Nos. 14, 15.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal, (ECF. No. 12), is GRANTED, that Count 1 is DISMISSED with prejudice with each side to bear their own costs, that Defendant's Motion to Dismiss Count 1, (ECF. No. 2), is DENIED as moot, and that this case proceed as to Count 2 pursuant to the Scheduling Order previously adopted.

This, the 5th day of June 2019.

/s/ Loretta C. Biggs
United States District Judge